UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 11876
    MANUEL V RAMIREZ SR
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-4398

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/03/07 and confirmed on 09/14/07.

    2.  The case was dismissed after confirmation, 10/24/2008.

    3.  The Debtor paid a total of $ 10490.00 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AURORA LOAN SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AURORA LOAN SERVICES | MORTGAGE ARRE | 12878.24 | .00 | 2728.01 |
| AMERICAN HOME MTGE | SECURED | .00 | .00 | .00 |
| AMERICAN HOME MTGE | MORTGAGE ARRE | 3113.74 | .00 | 3113.74 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | 3213.69 | 318.33 | 926.10 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | 2740.78 | 277.82 | 702.58 |
| BANK ONE | UNSECURED | NOT FILED | .00 | .00 |
| CALIFORNIA NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 569.30 | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8240.22 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 993.70 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 221.42 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 162.79 | .00 | .00 |
| MIDWEST DIVISION | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | 147.70 | .00 | .00 |
| UNIVERSAL LENDERS | UNSECURED | 1200.68 | .00 | .00 |
| LAKE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| COMED | UNSECURED | 166.91 | .00 | .00 |
| A ALL FINANCIAL SRV | UNSECURED | 2232.14 | .00 | .00 |

------------------------------------------------------------------------
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AFNI/VERIZON | FILED LATE | .00 | .00 | .00 |
| AFNI/VERIZON | FILED LATE | .00 | .00 | .00 |

                Summary of disbursements:
------------------------------------------------------------------------
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 21946.45 | .00 | 13934.86 | .00 | 35881.31 |

```
PRINCIPAL PAID            7470.43         .00          .00          .00     7470.43
INTEREST PAID              596.15         .00          .00          .00      596.15
TOTAL PAID                8066.58         .00          .00          .00     8066.58
```

The Debtor's attorney, ERNESTO D BORGES JR            , was allowed $    3500.00
and was paid $   1626.00  direct and $   1874.00  through the plan.

The Trustee received $    549.42 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 01/20/09                    /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                                  PAGE  2
           CASE NO. 07 B 11876 MANUEL V RAMIREZ SR